# STATE OF NORTH CAROLINA

_____ Catawba _____ County

File No. **22 CVS 1824**

In The General Court Of Justice
☐ District  ☒ Superior Court Division

| | |
|---|---|
| Name Of Plaintiff<br>Piedmont Roofing Services LLC | |
| Address<br>4917 Cedar Forest Drive | **CIVIL SUMMONS**<br>☐ ALIAS AND PLURIES SUMMONS (ASSESS FEE) |
| City, State, Zip<br>Charlotte NC 28226 | |
| **VERSUS** | G.S. 1A-1, Rules 3 and 4 |
| Name Of Defendant(s)<br>Nationwide Mutual Insurance Company<br>One Nationwide Plaza<br>Columbus, OH 43215 | Date Original Summons Issued |
| | Date(s) Subsequent Summons(es) Issued |

**To Each Of The Defendant(s) Named Below:**

| | |
|---|---|
| Name And Address Of Defendant 1<br>Nationwide Mutual Insurance Company<br>One Nationwide Plaza<br>Columbus, OH 43215 | Name And Address Of Defendant 2 |

⚠️ **IMPORTANT! You have been sued! These papers are legal documents, DO NOT throw these papers out! You have to respond within 30 days. You may want to talk with a lawyer about your case as soon as possible, and, if needed, speak with someone who reads English and can translate these papers!**

**¡IMPORTANTE! ¡Se ha entablado un proceso civil en su contra! Estos papeles son documentos legales. ¡NO TIRE estos papeles! Tiene que contestar a más tardar en 30 días. ¡Puede querer consultar con un abogado lo antes posible acerca de su caso y, de ser necesario, hablar con alguien que lea inglés y que pueda traducir estos documentos!**

**A Civil Action Has Been Commenced Against You!**

You are notified to appear and answer the complaint of the plaintiff as follows:

1. Serve a copy of your written answer to the complaint upon the plaintiff or plaintiff's attorney within thirty (30) days after you have been served. You may serve your answer by delivering a copy to the plaintiff or by mailing it to the plaintiff's last known address, and

2. File the original of the written answer with the Clerk of Superior Court of the county named above.

If you fail to answer the complaint, the plaintiff will apply to the Court for the relief demanded in the complaint.

| | |
|---|---|
| Name And Address Of Plaintiff's Attorney (if none, Address Of Plaintiff)<br>Matheny Law PLLC<br>516-D River Highway, Suite 198<br>Mooresville, NC 28117 | Date Issued **8-19-22**  Time **9:34** ☒ AM ☐ PM |
| | Signature |
| | ☒ Deputy CSC  ☐ Assistant CSC  ☐ Clerk Of Superior Court |

| | |
|---|---|
| ☐ ENDORSEMENT (ASSESS FEE)<br>This Summons was originally issued on the date indicated above and returned not served. At the request of the plaintiff, the time within which this Summons must be served is extended sixty (60) days. | Date Of Endorsement  Time ☐ AM ☐ PM |
| | Signature |
| | ☐ Deputy CSC  ☐ Assistant CSC  ☐ Clerk Of Superior Court |

**NOTE TO PARTIES:** _Many counties have **MANDATORY ARBITRATION** programs in which most cases where the amount in controversy is $25,000 or less are heard by an arbitrator before a trial. The parties will be notified if this case is assigned for mandatory arbitration, and, if so, what procedure is to be followed._

AOC-CV-100, Rev. 4/18

## RETURN OF SERVICE

I certify that this Summons and a copy of the complaint were received and served as follows:

### DEFENDANT 1

| Date Served | Time Served | | Name Of Defendant |
|---|---|---|---|
| | | ☐ AM  ☐ PM | |

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

*Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)*

☐ Other manner of service *(specify)*

☐ Defendant WAS NOT served for the following reason:

### DEFENDANT 2

| Date Served | Time Served | | Name Of Defendant |
|---|---|---|---|
| | | ☐ AM  ☐ PM | |

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

*Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)*

☐ Other manner of service *(specify)*

☐ Defendant WAS NOT served for the following reason:

| Service Fee Paid | Signature Of Deputy Sheriff Making Return |
|---|---|
| $ | |
| Date Received | Name Of Sheriff (type or print) |
| | |
| Date Of Return | County Of Sheriff |
| | |

AOC-CV-100, Side Two, Rev. 4/18

# STATE OF NORTH CAROLINA

____Catawba____ County

FILED

2022 AUG 19 A 9: 35

CATAWBA CO. C.S.C.

BY [signature]

File No. 22CVS1826

In The General Court Of Justice
☐ District  ☒ Superior Court Division

**GENERAL
CIVIL ACTION COVER SHEET**

☒ INITIAL FILING  ☐ SUBSEQUENT FILING

Rule 5(b) of the General Rules of Practice for the Superior and District Court

| Name And Address Of Plaintiff 1 | |
|---|---|
| Piedmont Roofing Services, LLC | |
| 4917 Cedar Forest Drive | |
| Charlotte NC 28226 | |

**Name And Address Of Plaintiff 2**

**VERSUS**

| Name And Address Of Defendant 1 | |
|---|---|
| Nationwide Mutual Insurance Company | |
| One Nationwide Plaza | |
| Columbus, OH 43215 | |

Summons Submitted  ☐ Yes  ☐ No

**Name And Address Of Defendant 2**

Summons Submitted  ☐ Yes  ☐ No

Name And Address Of Attorney Or Party, If Not Represented
(complete for initial appearance or change of address)

Matheny Law PLLC
John David Matheny II
516-D River Highway, Suite 198
Mooresville NC 28117

| Telephone No. | Cellular Telephone No. |
|---|---|
| 984-269-3829 | |

| NC Attorney Bar No. | Attorney Email Address |
|---|---|
| 49387 | mathenylawpllc@gmail.com |

☒ Initial Appearance in Case  ☐ Change of Address

| Name Of Firm | Fax No. |
|---|---|
| Matheny Law PLLC | |

Counsel For
☒ All Plaintiffs  ☐ All Defendants  ☐ Only: (list party(ies) represented

☒ Jury Demanded In Pleading  ☐ Complex Litigation  ☐ Stipulate to Arbitration

## TYPE OF PLEADING

(check all that apply)

☐ Amend (AMND)
☐ Amended Answer/Reply (AMND-Response)
☐ Amended Complaint (AMND)
☐ Assess Costs (COST)
☐ Answer/Reply (ANSW-Response) (see Note)
☐ Change Venue (CHVN)
☒ Complaint (COMP)
☐ Confession Of Judgment (CNFJ)
☐ Consent Order (CONS)
☐ Consolidate (CNSL)
☐ Contempt (CNTP)
☐ Continue (CNTN)
☐ Compel (CMPL)
☐ Counterclaim (CTCL) Assess Court Costs
☐ Crossclaim (list on back) (CRSS) Assess Court Costs
☐ Dismiss (DISM) Assess Court Costs
☐ Exempt/Waive Mediation (EXMD)
☐ Extend Statute Of Limitations, Rule 9 (ESOL)
☐ Extend Time For Complaint (EXCO)
☐ Failure To Join Necessary Party (FJNP)

☐ Failure To State A Claim (FASC)
☐ Implementation Of Wage Withholding In Non-IV-D Cases (OTHR)
☐ Improper Venue/Division (IMVN)
☐ Including Attorney's Fees (ATTY)
☐ Intervene (INTR)
☐ Interplead (OTHR)
☐ Lack Of Jurisdiction (Person) (LJPN)
☐ Lack Of Jurisdiction (Subject Matter) (LJSM)
☐ Modification Of Child Support In IV-D Actions (MSUP)
☐ Notice Of Dismissal With Or Without Prejudice (VOLD)
☐ Petition To Sue As Indigent (OTHR)
☐ Rule 12 Motion In Lieu Of Answer (MDLA)
☐ Sanctions (SANC)
☐ Set Aside (OTHR)
☐ Show Cause (SHOW)
☐ Transfer (TRFR)
☐ Third Party Complaint (list Third Party Defendants on back) (TPCL)
☐ Vacate/Modify Judgment (VCMD)
☐ Withdraw As Counsel (WDCN)
☐ Other (specify and list each separately)

**NOTE:** *All filings in civil actions shall include as the first page of the filing a cover sheet summarizing the critical elements of the filing in a format prescribed by the Administrative Office of the Courts, and the Clerk of Superior Court shall require a party to refile a filing which does not include the required cover sheet. For subsequent filings in civil actions the filing party must include either a General (AOC-CV-751), Motion (AOC-CV-752), or Court Action (AOC-CV-753) cover sheet.*

(Over)

| | **CLAIMS FOR RELIEF** | |
|---|---|---|
| ☐ Administrative Appeal (ADMA) | ☐ Limited Driving Privilege - Out-Of-State Convictions (PLDP) | ☐ Product Liability (PROD) |
| ☐ Appointment Of Receiver (APRC) | | ☐ Real Property (RLPR) |
| ☐ Attachment/Garnishment (ATTC) | ☐ Medical Malpractice (MDML) | ☐ Specific Performance (SPPR) |
| ☐ Claim And Delivery (CLMD) | ☐ Minor Settlement (MSTL) | ☐ Other *(specify and list each separately)* |
| ☐ Collection On Account (ACCT) | ☒ Money Owed (MNYO) | |
| ☐ Condemnation (CNDM) | ☐ Negligence - Motor Vehicle (MVNG) | |
| ☐ Contract (CNTR) | ☐ Negligence - Other (NEGO) | |
| ☐ Discovery Scheduling Order (DSCH) | ☐ Motor Vehicle Lien G.S. Chapter 44A (MVLN) | |
| ☐ Injunction (INJU) | ☐ Possession Of Personal Property (POPP) | |

| Date | Signature Of Attorney/Party |
|---|---|
| 8-19-2022 | *[signature]* |

**FEES IN G.S. 7A-308 APPLY**
Assert Right Of Access (ARAS)
Substitution Of Trustee (Judicial Foreclosure) (RSOT)
Supplemental Procedures (SUPR)

**PRO HAC VICE FEES APPLY**
Motion For Out-Of-State Attorney To Appear In NC Courts In A Civil Or Criminal Matter (Out-Of-State Attorney/Pro Hac Vice Fee)

| No. | ☐ Additional Plaintiff(s) |
|---|---|
| | |
| | |
| | |
| | |
| | |

| No. | ☐ Additional Defendant(s)     ☐ Third Party Defendant(s) | Summons Submitted |
|---|---|---|
| | | ☐ Yes  ☐ No |
| | | ☐ Yes  ☐ No |
| | | ☐ Yes  ☐ No |
| | | ☐ Yes  ☐ No |
| | | ☐ Yes  ☐ No |

*Plaintiff(s) Against Whom Counterclaim Asserted*

*Defendant(s) Against Whom Crossclaim Asserted*

AOC-CV-751, Side Two, Rev. 3/19

STATE OF NORTH CAROLINA

CATAWBA COUNTY

IN THE GENERAL COURT OF JUSTICE
SUPERIOR COURT DIVISION
22-CVS-_____

FILED

2022 AUG 19 A 9 35

Piedmont Roofing Services, LLC

                Plaintiffs,

vs.

Nationwide Mutual Insurance Company

                Defendants.

**PLAINTIFFS' COMPLAINT**

COMES NOW Plaintiffs Piedmont Roofing Services, LLC, by and through their undersigned counsel, and for their causes of action against Defendant Nationwide Mutual Insurance Company, Plaintiffs allege and say as follows:

## PARTIES, JURISDICTION & VENUE

1.  Plaintiffs are or were domestic limited liability companies authorized to conduct business in the State of North Carolina, more particularly the County of Catawba.

2.  The Defendant herein, Nationwide Mutual Insurance Company, is a corporation organized and existing pursuant to the laws of a State other than the State of North Carolina, that conducts business, at all times relevant hereto, in Catawba County, North Carolina.

3.  Venue is appropriate in Catawba County pursuant to N.C. Gen. Stat. § 1-79.

4.  Jurisdiction is proper in this Superior Court pursuant to N.C. Gen. Stat. § 7A-24.

5.  This matter involves Nationwide Mutual Insurance Company (hereinafter, "Nationwide") failure to pay multiple claims (hereinafter, collectivity, the "Claims") for covered losses arising in Catawba County, North Carolina (hereinafter, the "Loss"), which is covered by a policy of insurance issued by Nationwide to its insured (hereinafter, the "Policy").

6.  The acts and omissions of the Defendants, and each of them, giving rise to this cause of action occurred and proximately resulted in injuries and damages, in an amount in excess of Twenty-Five Thousand Dollars ($25,000.00) to the Plaintiffs in North Carolina.

1

## FACTS

1. Plaintiff incorporates by reference the allegations contained in Paragraphs 1 through 6 as though fully set forth herein.

2. Upon information and belief, on or about June 14, 2021, Nationwide insured James Hinsor (hereinafter "Insured").

3. James Hinsor is a citizen of Catawba County North Carolina. The property covered under the Policy at issue is the residence of the Insured and located at 1527 Antioch Drive, Conover, NC in Catawba County, North Carolina.

4. Upon information and belief, the insurance policy through which Nationwide insured James Hinsor was policy number 6132HR204182.

5. Upon information and belief, a hail/wind event caused substantial damage to Insured's property on or about June 14, 2021, which damage and event is the Loss.

6. Upon information and belief, the Loss and corresponding event is/are covered under the Policy.

7. Plaintiffs were hired to make repairs to the building located at 1527 Antioch Drive, Conover, NC.

8. By and through its Proposal and Contract dated June 18, 2021, the Insured assigned and directed the Claims to Piedmont Disaster Services, L.L.C. (hereinafter, "Piedmont"), a copy of which Proposal and Contract accompanies this Complaint and is incorporated herein as "Exhibit A."

9. As a result of the Loss, Plaintiffs filed the Claims with Nationwide, thereby notifying Nationwide of the Loss.

10. The claim numbers for each filed claim and the units to which such Claims correspond are set out in "Exhibit B", a copy of which accompanies this Complaint and is incorporated herein.

11. In making such repairs to the buildings, Plaintiff generated repair estimates (hereinafter, "Estimates"), a summary of which are shown on "Exhibit C" and is incorporated herein.

12. The Estimates were based upon the cost to the Loss in accordance with the scope of the damage and, at all times, in accordance with applicable building codes.

13. Plaintiff provided such Estimates to Nationwide on numerous occasions.

-2-

14. The final Estimate totaled in excess of Twenty-Five Thousand Dollars ($25,000.00) as shown in "Exhibit C," which is the summary portion of the Estimates that Plaintiff provided to Nationwide, and which Plaintiff hereby incorporates herein.

15. To date, Nationwide has made no payment.

16. Despite repeated communications from Plaintiffs or Insured to Nationwide, as well as the submission of the Claims, Nationwide has failed to continues to fail to pay the appropriate costs to repair the Loss, including overhead and profit, costs in dealing with Nationwide refusal to pay the appropriate amounts, and other valid charges, expenses, and costs.

17. Upon information and belief, the Policy provides for arbitration of disputes.

18. Plaintiffs submitted to Nationwide multiple demands for arbitration of the Claims to which Nationwide did not respond or deny.

19. Plaintiffs have submitted multiple requests for its overhead and profit in accordance with the Policy and industry practice, to which Nationwide did not respond or deny.

20. Plaintiffs have submitted multiple requests for its ordinances and law allowances to make repairs in accordance with the applicable building standards then-prevailing, to which Nationwide did not respond or deny.

21. Upon information and belief, any initial offer of resolution from Nationwide upon submission of the Claims that failed to include amounts to which the Insured and/or Plaintiffs were entitled under the Policy, if accepted, was/were accepted due to necessity of immediate repairs.

22. Upon information and belief, at no time since the date of Loss has/have the Insured or Plaintiffs waived its/their entitlement to any amounts properly due and payable under the Policy.

### FIRST CLAIM FOR RELIEF
### (Violation of N.C.G.S. §58-63-15(11))

23. Plaintiffs incorporate by reference the allegations contained in paragraphs 1 through 22 as though fully set forth herein.

24. Nationwide and Insured did enter into a policy of insurance, identified above as the Policy, the terms and conditions of which are incorporated herein by reference.

25. Such policy provides coverage to Insured for a loss from wind/hail damage.

-3-

26. By the terms ands conditions of the Policy, Insured did suffer a loss identified above as the Loss.

27. Insured and Plaintiffs made numerous demands to Nationwide to pay the appropriate amount of the Loss and as set forth in the estimates identified above as the Estimates.

28. Insured did make claims under the Policy, identified above as the Claims, to which Nationwide did not respond, and ninety (90) days did elapse.

29. Nationwide is in violation of N.C.G.S §58-63-15(11), and as a direct result and consequence thereof, Plaintiffs have suffered actual and consequential damages in an amount to be determined, including the attorneys' fees, and other costs and expenses.

30. A summary of charges that predate this Complaint are shown on "Exhibit C," which Plaintiffs hereby incorporate.

## SECOND CLAIM FOR RELIEF
**(Bad Faith Refusal of Insurance Claim)**

31. Plaintiff incorporates by reference the allegations contained in paragraphs 1 through 30 as though fully set forth herein.

32. Nationwide and Insured did enter into a policy of insurance, identified above as the policy, the terms and conditions of which are incorporated herein by reference.

33. Such Policy provides coverage to Insured for a loss from hail damage.

34. By the terms and conditions of the Policy, Insured did suffer a loss identified above as the Loss.

35. Plaintiffs, as assignee of the Insured, made numerous demands to Nationwide to pay the appropriate amount of the Loss and as set forth in the estimates identified above as the Estimates.

36. Insured did make Claims on the Policy, to which Nationwide has:

    a. Made no attempt to properly investigate;

    b. Failed to provide adequate coverage for the Loss covered by the Policy;

    c. Failed to acknowledge with reasonable promptness pertinent communications with respect to the Claims under the Policy;

-4-

    d.  Failed to adopt and implement reasonable standards for the prompt investigation and settlement of the Claims;

    e.  Failed or did not attempt in good faith to effect prompt, fair, and equitable, settlement of these Claims;

    f.  Failed to pay overhead and profit or for required code upgrades; and

    g.  Compelled Plaintiffs to institute a suit to recover benefits due under the Policy.

37.    As a result of Nationwide bad faith refusal to pay the Claims, Plaintiffs have suffered and continue to suffer actual and consequential damages in an amount to determined, actual damages in the amount of the unpaid Claims amounts under the Policy, punitive damages, attorneys' fees and other costs and expenses.

### THIRD CLAIM FOR RELIEF
**(Unfair Trade Practices in violation of N.C. Gen. Stat. § 75-1.1)**

38.    Plaintiff incorporates by reference the allegations contained in Paragraphs 1 through 37, as though fully set forth herein.

39.    Defendants entered into an Insurance Policy and willfully failed to pay multiple claims, for covered losses. In addition, Defendants willfully ignored repeated demands for Arbitration, multiple requests for its overhead and profit, and multiple requests for its ordinances and law allowances to make repairs.

40.    Defendants' actions constitute unfair and deceptive practices under N.C. Gen. Stat. § 75-1.1.

41.    As a result of Defendants' violation of N.C. Gen. Stat. § 75-1.1, Plaintiff has incurred damages in excess of $25,000.00 and Plaintiff is entitled to treble damages in accordance with N.C. Gen. Stat. § 75-16 and payment of attorney fees and costs.

### FOURTH CLAIM FOR RELIEF
**(Declaratory Judgment as to the Insured)**

42.    Plaintiff incorporates by reference the allegations contained in paragraphs 1 through 41 as though fully set forth herein.

43.    Plaintiffs would show that the Insured did assign its/their Claims to Piedmont.

-5-

## FIFTH CLAIM FOR RELIEF
### (Declaratory Judgment as to Nationwide)

44.    Plaintiff incorporates by reference the allegations contained in paragraphs 1 through 43 as though fully set forth herein.

45.    Plaintiffs would show that Nationwide must honor the assignments of the Insured's Claims to Plaintiffs thereto.

## SIXTH CLAIM FOR RELIEF
### (Declaratory Judgment: Entitled to Overhead and Profit)

46.    Plaintiff incorporates by reference the allegations contained in paragraphs 1 through 45 as though fully set forth herein.

47.    Plaintiffs would show that Nationwide is responsible for contractor overhead and profit under the Policy.

## SEVENTH CLAIM FOR RELIEF
### (Declaratory Judgment: Ordinance and Law)

48.    Plaintiff incorporates by reference the allegations contained in paragraphs 1 through 47 as though fully set forth herein.

49.    Plaintiffs would show that Nationwide is responsible to include in its payments on the Claims funds sufficient to allow repairs to be done in accordance with applicable building code standards.

**WHEREFORE**, Plaintiffs respectfully request that this Court inquire into the matter(s) set forth herein and issue an Order as follows:

A.    That this Court find that Nationwide breached its contractual duties owed to the Insured and Plaintiffs, as assignees of the Insured;

B.    That Plaintiffs be entitled to a judgment against Nationwide for all amounts due for the Claim under the Policy;

C.    That Plaintiffs be entitled to an award of actual, consequential, expectation, and punitive damages, court costs and fees, and pre-judgment and post-judgment interest;

D.    That Plaintiffs be entitled to an award of reasonable attorneys' fees, costs, and expenses;

-6-

E.      For punitive damages pursuant to N.C. Gen. Stat. §1D-1.

F.      For treble damages pursuant to N.C. Gen. Stat. § 75-1.1.

G.      Declaratory judgment that Nationwide is required to honor any assignment of the Claims;

H.      Declaratory judgment that Nationwide is required to pay Plaintiffs' overhead and profit under the Policy;

I.      That Plaintiffs are entitled to amend this Complaint as they learn or uncover new information;

J.      That this Court or presiding judge retain jurisdiction to settle all outstanding disputes, supplemental matters, or administrative functions related to this Complaint; and

K.      For any and all other and further relief as this Honorable Court may deem just, proper, and appropriate under the circumstances.


This the _19_ day of _August_, 2022


By: _____
John David Matheny II
N.C. Bar #49387
516-D River Highway Suite 198
Mooresville, NC 28117
984-269-3829
mathenylawpllc@gmail.com


-7-

## VERIFICATION



FILED

2022 AUG 19 A 9:36

Ronald Pierce, Member and Manager for Piedmont Roofing Services, LLC, being first duly sworn, deposes and says:

That I have read the foregoing Complaint and know the contents thereof, that I am authorized to execute this Verification on behalf of the Plaintiff; that the facts stated in the Complaint are to my own knowledge and/or are consistent with the books and records of Piedmont Roofing Services, LLC, except as to those contained therein alleged upon information and belief, and as to those matters, I believe them to be true

_____

Ronald Pierce

Sworn to and subscribed to before me

This is the  19  day of  August  2022.

_____

Notary Public

Notary Commission Expires:  1/5/26

DAVID MATHENY
NOTARY PUBLIC
IREDELL COUNTY
NORTH CAROLINA
MY COMMISSION EXPIRES 1/5/2026

EXHIBIT ___A___

# PIEDMONT
## ROOFING SERVICES, L.L.C.

4917 Cedar Forest Drive
Charlotte, NC 28226
704-236-3884
piedmontdisasterservicesllc@twc.com

## PROPOSAL AND CONTRACT

This Agreement made this 16 day of June, 20 21 by and between Piedmont Roofing Services, L.L.C. and
Owner(s) James Mark Hinson
Address 1529 ~~xxxx~~ (Conover, NC 25613 (Antioch Dr)
Phone (828) 320-5336 Email Mark. Hinson @ Conover NC gov

**1. SCOPE OF WORK AND PRICE:** Piedmont Roofing Services, L.L.C shall provide all labor and materials necessary to perform the
roofing work described below ("Work") in exchange for a lump sum payment in the amount of $ _____:

Color: TBD          Roof Brand: IKO          Year: 30
Fiberglass Shingles: _____

Special Provisions: (If none, so state) In accordance With Insurance & supplements

## ASSIGNMENT OF INSURANCE CLAIM:

I, James Mark Hinson ("Assignor"), for good and valuable consideration, hereby assign to Ronald Pierce/Piedmont
Roofing Services, LLC, ("Assignee") the following:

1. Any and all rights, title and interest (both legal and equitable) set forth in the insurance policy between Assignor
and Nationwide ("Insurer"), Policy Number 6102125026 (the "Policy"), with respect to any and all
claims which Assignor may possess as against Insurer pursuant to the Policy for or relating to any loss which may be
associated with claim number _____ or associated with the event of loss that occurred on 6/14/21
(the "Insurance Claim"); and

2. Any and all causes of actions (both legal and equitable) which Assignor may have as against Insurer in connection with
Insurance Claim at issue and/ or arising out of the failure of Insurer to pay for said loss pursuant to the terms of the policy.

## ASSIGNMENT OF INSRUANCE PROCEEDS:

I hereby authorize and direct any and all insurance carriers, attorneys, agencies, governmental departments, companies, and individuals
("payers"), which may elect or be obligated to pay, provide, or distribute insurance proceeds or damages to me based on any property
insurance policies I may have, to pay directly and exclusively to Piedmont Roofing Services, L.L.C by me. The assignment of proceeds
hereunder shall include, but not be limited to, proceeds from any insurance claim, settlement, judgement, or verdict.

This agreement constitutes the complete agreement between the parties and shall be binding upon each of the parties and their
respective heirs, executors, administrators, successors, agents and assigns.
IN WITNESS WHEREOF, by signing below, the parties hereto agree to be bound to each other by the terms and conditions contained
in this Agreement.

Piedmont Roofing Services, L.L.C.: Ronald Pierce          Print Name Ronald Pierce          Date 6/18/21
Owner Signature: Mark Hinson          Print Name J Mark Hinson          Date 6/18/21

**Nationwide Mutual Insurance Company**

Joshua J. Bell, MBA
PO Box 182068
Columbus, OH 43218-2068
Phone: 704-718-3373
Fax: 844-303-1836
Email: bellj39@nationwide.com

| | | | | |
|---|---|---|---|---|
| Insured: | JAMES & THERESA HINSON | | Home: | (828) 465-8338 |
| Property: | 1527 ANTIOCH DR | | Business: | (704) 871-3215 |
| | CONOVER, NC 28613-9267 | | Cell: | (828) 320-5336 |
| Home: | 1527 ANTIOCH DR | | E-mail: | jameshinson@bellsouth.net |
| | CONOVER, NC 28613-9267 | | | |
| | | | | |
| Claim Rep.: | Joshua J. Bell, MBA | | Business: | (704) 718-3373 |
| Business: | PO Box 182068 | | E-mail: | bellj39@nationwide.com |
| | Columbus, OH 43218-2068 | | | |
| | | | | |
| Estimator: | Joshua J. Bell, MBA | | Business: | (704) 718-3373 |
| Business: | PO Box 182068 | | E-mail: | bellj39@nationwide.com |
| | Columbus, OH 43218-2068 | | | |

Claim Number: 068076-GM     Policy Number: 6132HR204182     Type of Loss: Hail

| | | | | |
|---|---|---|---|---|
| Date Contacted: | 6/24/2021 1:48 PM | | | |
| Date of Loss: | 6/14/2021 12:00 AM | Date Received: | 6/24/2021 12:00 AM |
| Date Inspected: | | Date Entered: | 6/24/2021 8:32 AM |
| Date Est. Completed: | 7/7/2021 2:50 PM | | | |

| | |
|---|---|
| Price List: | NCHI8X_JUN21 |
| | Restoration/Service/Remodel |
| Estimate: | JAMES_&_THERESA_HIN1 |

1151100019 7035





## Nationwide Mutual Insurance Company

Joshua J. Bell, MBA
PO Box 182068
Columbus, OH 43218-2068
Phone: 704-718-3373
Fax: 844-303-1836
Email: bellj39@nationwide.com

Dear Valued Customer,

Please refer to the attached itemized estimate. The estimate contains our valuation of the damages for the reported loss and was prepared using usual and customary prices for your geographic area. If this is a supplemental or updated estimate and your policy includes replacement cost coverage, please refer to our communication regarding how to make a claim for any additional eligible payment.

Please note that if your mortgage company is included on your claim payment check, contact the mortgage company to discuss how to handle the proceeds of this payment.

If you choose to hire a contractor or vendor to make repairs, please provide this estimate to them. If you, your contractor, or vendor determine that there are additional building fees and/or permits associated with the estimated repairs that are not included in this estimate, please contact me immediately so that I may review and make a determination as to the appropriate payment.

If you discover any additional damage to your property, please immediately contact me, either personally or through your contractor/vendor. We may need to re-inspect your property before authorization of supplemental payment. Please do not destroy or discard any of the damaged items until we have had an opportunity to inspect the damages and have reached an agreement with you on any supplemental cost.

Nationwide may also request to re-inspect your property, at your convenience, as part of our commitment to quality and customer service.

Thank you for allowing Nationwide Mutual Insurance Company to serve your insurance needs. Please contact me at the numbers listed above if you have any questions regarding this estimate or any other matter pertaining to your claim.

JAMES_&_THERESA_HIN1                                                    8/5/2021          Page: 2



## Nationwide Mutual Insurance Company

Joshua J. Bell, MBA
PO Box 182068
Columbus, OH 43218-2068
Phone: 704-718-3373
Fax: 844-303-1836
Email: bellj39@nationwide.com

JAMES_&_THERESA_HIN1

Source - Eagle View

Source - Eagle View



R7

| | | |
|---|---|---|
| 4071.12 Surface Area | 40.71 Number of Squares | |
| | 108.45 Total Ridge Length | |

| QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|
| 1. Tear off, haul and dispose of comp. shingles - Laminated | | | | | | | | |
| 40.71 SQ | 50.88 | 0.00 | 2,071.32 | 5/30 yrs | Avg. | NA | (0.00) | 2,071.32 |
| 2. Roofing felt - 30 lb. | | | | | | | | |
| 40.71 SQ | 24.81 | 27.78 | 1,037.80 | 5/20 yrs | Avg. | 25% | (106.17) | 931.63 |
| 3. Asphalt starter - universal starter course | | | | | | | | |
| 213.10 LF | 1.56 | 8.95 | 341.39 | 5/20 yrs | Avg. | 25% | (34.21) | 307.18 |

This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits.

| QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|
| 5. Laminated - comp. shingle rfg. - w/out felt | | | | | | | | |
| 45.00 SQ | 171.11 | 313.11 | 8,013.06 | 5/30 yrs | Avg. | 16.67% | (797.69) | 7,215.37 |
| 6. Ridge cap - composition shingles | | | | | | | | |
| 108.45 LF | 2.80 | 7.44 | 311.10 | 5/25 yrs | Avg. | 20% | (22.75) | 288.35 |
| 7. R&R Fascia - metal - 8" | | | | | | | | |
| 38.31 LF | 5.27 | 6.11 | 208.01 | 5/50 yrs | Avg. | 10% | (9.34) | 198.67 |
| 8. Haul debris - per pickup truck load - including dump fees | | | | | | | | |
| 1.00 EA | 131.83 | 0.00 | 131.83 | 5/NA | Avg. | NA | (0.00) | 131.83 |
| 9. Additional charge for high roof (2 stories or greater) | | | | | | | | |
| 40.71 SQ | 11.71 | 0.00 | 476.71 | 5/NA | Avg. | 0% | (0.00) | 476.71 |
| 10. Remove Additional charge for steep roof - 10/12 - 12/12 slope | | | | | | | | |
| 39.59 SQ | 19.94 | 0.00 | 789.42 | 5/NA | Avg. | NA | (0.00) | 789.42 |
| 11. Additional charge for steep roof - 10/12 - 12/12 slope | | | | | | | | |
| 39.59 SQ | 41.69 | 0.00 | 1,650.51 | 5/NA | Avg. | 0% | (0.00) | 1,650.51 |

| | | TAX | RCV | | | | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|
| Totals: R7 | | 363.39 | 15,031.15 | | | | 970.16 | 14,060.99 |
| Total: Source - Eagle View | | 363.39 | 15,031.15 | | | | 970.16 | 14,060.99 |
| Total: Source - Eagle View | | 363.39 | 15,031.15 | | | | 970.16 | 14,060.99 |


**Nationwide**®

Nationwide Insurance
PO BOX 182166
COLUMBUS, OH  43218-2166
1-800-421-3535

Policy Holder: JAMES & THERESA HINSON
Policy Number: 6132HR204182
Contract Number:

Claim Key: 068076-GM
Check Number: 16952785
Check Issued: 08-06-2021    bellj39

**Below Check Covers Items Indicated**

Company: NATIONWIDE MUTUAL INSURANCE COMPANY

Payment of $13060.99 for Homeowners coverage is being paid under Dwelling Unit.
Deductible: All Other Perils $500

Memo: Claim 068076-GM

If you have questions about this check please contact Joshua Bell 704-718-3373

Claimant Name:  JAMES & THERESA HINSON



Detach Stub Before Cashing And Keep For Your Record



## Nationwide Mutual Insurance Company

Joshua J. Bell, MBA
PO Box 182068
Columbus, OH 43218-2068
Phone: 704-718-3373
Fax: 844-303-1836
Email: bellj39@nationwide.com

| Line Item Totals: JAMES_&_THERESA_HIN1 | 363.39 | 15,031.15 | | 970.16 | 14,060.99 |
|---|---|---|---|---|---|

[%] - Indicates that depreciate by percent was used for this item

[M] - Indicates that the depreciation percentage was limited by the maximum allowable depreciation for this item

### Grand Total Areas:

| | | | | | |
|---|---|---|---|---|---|
| 0.00 | SF Walls | 0.00 | SF Ceiling | 0.00 | SF Walls and Ceiling |
| 0.00 | SF Floor | 0.00 | SY Flooring | 0.00 | LF Floor Perimeter |
| 0.00 | SF Long Wall | 0.00 | SF Short Wall | 0.00 | LF Ceil. Perimeter |
| | | | | | |
| 0.00 | Floor Area | 0.00 | Total Area | 0.00 | Interior Wall Area |
| 2,564.25 | Exterior Wall Area | 0.00 | Exterior Perimeter of Walls | | |
| | | | | | |
| 4,657.63 | Surface Area | 46.58 | Number of Squares | 0.00 | Total Perimeter Length |
| 134.98 | Total Ridge Length | 0.00 | Total Hip Length | | |

| Coverage | Item Total | % | ACV Total | % |
|---|---|---|---|---|
| Dwelling | 15,031.15 | 100.00% | 14,060.99 | 100.00% |
| Dwelling - Code Upgrade | 0.00 | 0.00% | 0.00 | 0.00% |
| Other Structures | 0.00 | 0.00% | 0.00 | 0.00% |
| Contents | 0.00 | 0.00% | 0.00 | 0.00% |
| Total | 15,031.15 | 100.00% | 14,060.99 | 100.00% |





**Nationwide Mutual Insurance Company**

Joshua J. Bell, MBA
PO Box 182068
Columbus, OH 43218-2068
Phone: 704-718-3373
Fax: 844-303-1836
Email: bellj39@nationwide.com

## Summary for Dwelling

| | |
|---|---:|
| Line Item Total | 14,667.76 |
| Material Sales Tax | 363.39 |
| | |
| Replacement Cost Value | $15,031.15 |
| Less Depreciation | (970.16) |
| | |
| Actual Cash Value | $14,060.99 |
| Less Deductible | (1,000.00) |
| | |
| Net Claim | $13,060.99 |
| | |
| Total Recoverable Depreciation | 970.16 |
| | |
| Net Claim if Depreciation is Recovered | $14,031.15 |

Joshua J. Bell, MBA



## Nationwide Mutual Insurance Company

Joshua J. Bell, MBA
PO Box 182068
Columbus, OH 43218-2068
Phone: 704-718-3373
Fax: 844-303-1836
Email: bellj39@nationwide.com

### Summary for Dwelling - Code Upgrade

| | |
|---|---|
| Line Item Total | 0.00 |
| Replacement Cost Value | $0.00 |
| Net Claim | $0.00 |

### Dwelling - Code Upgrade Paid When Incurred

| | |
|---|---|
| Line Item Total | 385.46 |
| Material Sales Tax | 9.83 |
| Replacement Cost Value | $395.29 |
| Total Paid When Incurred | $395.29 |
| Net Claim | $0.00 |
| Net Claim if Additional Amounts are Recovered | $395.29 |

Joshua J. Bell, MBA




Nationwide®

Nationwide Mutual Insurance Company

Joshua J. Bell, MBA
PO Box 182068
Columbus, OH 43218-2068
Phone: 704-718-3373
Fax: 844-303-1836
Email: bellj39@nationwide.com

## Recap of Taxes

| | Material Sales Tax (7%) | Laundry & D/C Tax (7%) | Manuf. Home Tax (4.75%) | Storage Rental Tax (7%) | Local Food Tax (2%) |
|---|---|---|---|---|---|
| Line Items | 363.39 | 0.00 | 0.00 | 0.00 | 0.00 |
| Total | 363.39 | 0.00 | 0.00 | 0.00 | 0.00 |



## Nationwide Mutual Insurance Company

Joshua J. Bell, MBA
PO Box 182068
Columbus, OH 43218-2068
Phone: 704-718-3373
Fax: 844-303-1836
Email: bellj39@nationwide.com

## Recap by Room

Estimate: JAMES_&_THERESA_HIN1

Area: Source - Eagle View

Area: Source - Eagle View

| | | | |
|---|---|---|---|
| R7 | | 14,667.76 | 100.00% |
| Coverage: Dwelling | 100.00% = | 14,667.76 | |
| Area Subtotal: Source - Eagle View | | 14,667.76 | 100.00% |
| Coverage: Dwelling | 100.00% = | 14,667.76 | |
| Area Subtotal: Source - Eagle View | | 14,667.76 | 100.00% |
| Coverage: Dwelling | 100.00% = | 14,667.76 | |
| Subtotal of Areas | | 14,667.76 | 100.00% |
| Coverage: Dwelling | 100.00% = | 14,667.76 | |
| Total | | 14,667.76 | 100.00% |




**Nationwide**

## Nationwide Mutual Insurance Company

Joshua J. Bell, MBA
PO Box 182068
Columbus, OH 43218-2068
Phone: 704-718-3373
Fax: 844-303-1836
Email: bellj39@nationwide.com

### Recap by Category with Depreciation

| Items | | | RCV | Deprec. | ACV |
|---|---|---|---|---|---|
| GENERAL DEMOLITION | | | 3,004.45 | | 3,004.45 |
| Coverage: Dwelling | @ | 100.00% = | 3,004.45 | | |
| ROOFING | | | 11,473.29 | 897.96 | 10,575.33 |
| Coverage: Dwelling | @ | 100.00% = | 11,473.29 | | |
| SOFFIT, FASCIA, & GUTTER | | | 190.02 | 8.73 | 181.29 |
| Coverage: Dwelling | @ | 100.00% = | 190.02 | | |
| Subtotal | | | 14,667.76 | 906.69 | 13,761.07 |
| Material Sales Tax | | | 363.39 | 63.47 | 299.92 |
| Coverage: Dwelling | @ | 100.00% = | 363.39 | | |
| Total | | | 15,031.15 | 970.16 | 14,060.99 |

Case 5:22-cv-00145-KDB-DSC    Document 1-1    Filed 10/14/22    Page 23 of 31

11511000197080

Source - Eagle View - Source - Eagle View





Source - Eagle View

8/5/2021          Page. 10

JAMES_&_THERESA_HIN.1

**Premier Claims Services**

EXHIBIT ____C____

FILED

2022 AUG 19 A 9: 36

CLERK U.S. DIST.

BY ____

| | |
|---|---|
| Client: | James Hinson |
| Property: | 1527 Antioch Drive |
| | Conover, NC 28613 |
| | |
| Operator: | PREMIERC |
| | |
| Estimator: | Alyson Wells |
| Company: | Premier Claims Services LLC |
| Business: | 2110 Parson Street |
| | Charlotte, NC 28205 |

| | | | |
|---|---|---|---|
| Type of Estimate: | Hail | | |
| Date Entered: | 8/2/2022 | Date Assigned: | 8/2/2022 |
| Date Est. Completed: | 8/2/2022 | Date Job Completed: | |

| | |
|---|---|
| Price List: | NCHI8X_AUG22 |
| Labor Efficiency: | Restoration/Service/Remodel |
| Estimate: | JAMES_HINSON |
| File Number: | 068076-GM |

A comparative estimate has been prepared to assist all parties involved in this claim. Items changed and/or added to the original scope of loss are in bold for easy comparison. Changes have an explanation. photo or code language attached to the line item. explaining the change and/or addition.
Additional photos, measurements, reports and ESX file are available upon request.

Applicable code information:
The codes and standards, currently adopted and enforced, are as follows:
2018 International Building Code
2018 International Residential Code
2018 International Plumbing Code
2018 International Mechanical Code
2018 International Fuel Gas Code

## JAMES_HINSON

### Dwelling Roof

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 1. Remove Additional charge for steep roof greater than 12/12 slope | 43.07 SQ | 27.00 | 0.00 | 232.58 | 1,395.47 | (0.00) | 1,395.47 |
| 2. Replace Additional charge for steep roof greater than 12/12 slope | 49.53 SQ | 59.82 | 248.88 | 592.58 | 3,804.34 | (0.00) | 3,804.34 |
| 3. Tear off, haul and dispose of comp. shingles - Laminated | 43.07 SQ | 54.75 | 0.00 | 471.62 | 2,829.70 | (0.00) | 2,829.70 |
| 4. Re-nailing of roof sheathing - complete re-nail | 4,307.00 SF | 0.17 | 61.50 | 146.44 | 940.13 | (0.00) | 940.13 |

Proper nail able surface is standard code compliance.
Re-nailing of decking is required on reroofs due to the nails that have been lifted or removed from removing shingles from roof decking. leaving nails exposed above the wood decking. All exposed or missing nails must be re-nailed back into decking before a proper nail able surface can be obtained for the roof replacement.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 5. Replace Ice & water barrier | 1,437.00 SF | 1.23 | 148.48 | 353.50 | 2,269.49 | (0.00) | 2,269.49 |

In order to ensure code compliance in the area. ice and water shield must be installed on the eaves to a point 24" from the roofs edge. on a horizontal line. inside the heated wall.

R905.1.2 Ice Barriers
In areas where there has been a history of ice forming along the eaves causing a backup of water as designated in Table R301.2(1). an ice barrier shall be installed for asphalt shingles. metal roof shingles. mineral-surfaced roll roofing. slate and slate-type shingles. wood shingles and wood shakes. The ice barrier shall consist of not fewer than two layers of underlayment cemented together. or a self-adhering polymer-modified bitumen sheet shall be used in place of normal underlayment and extend from the lowest edges of all roof surfaces to a point not less than 24 inches (610 mm) inside the exterior wall line of the building. On roofs with slope equal to or greater than 8 units vertical in 12 units horizontal. the ice barrier shall also be applied not less than 36 inches (914 mm) measured along the roof slope from the eave edge of the building.
Exception: Detached accessory structures not containing conditioned floor space.

15% material waste included

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 6. Replace Roofing felt - 30 lb. | 49.53 SQ | 29.86 | 124.24 | 295.80 | 1,899.01 | (0.00) | 1,899.01 |

15% material added for waste

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 7a. Remove Drip edge | 235.00 LF | 0.33 | 0.00 | 15.52 | 93.07 | (0.00) | 93.07 |
| 7b. Replace Drip edge | 235.00 LF | 2.18 | 43.03 | 102.46 | 657.79 | (0.00) | 657.79 |

Local building code require that a drip edge be installed on both the rakes and eaves of all roof systems.
R905.2.8.5 Drip Edge
A drip edge shall be provided at eave and rake edges of shingle roofs. Adjacent segments of drip edge shall be overlapped not less than 2 inches (51 mm). Drip edges shall extend not less than 1/4 inch (6.4 mm) below the roof sheathing and extend up back onto the roof deck not less than 2 inches (51 mm). Drip edges shall be mechanically fastened to the roof deck at not more than 12 inches (305 mm) o.c. with fasteners as specified in Section R905.2.5. Underlayment shall be installed over the drip edge along eaves and under the underlayment along rake edges.
15% material waste included

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 8. Replace Asphalt starter - universal starter course | 235.00 LF | 1.42 | 28.03 | 66.74 | 428.47 | (0.00) | 428.47 |

15% material added for waste

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 9. Replace Laminated - comp. shingle rfg. - w/out felt | 49.53 SQ | 350.00 | 1,456.19 | 3,467.10 | 22,258.79 | (0.00) | 22,258.79 |

15% material added for waste

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 10a. Remove Hip / Ridge cap - composition shingles | 198.00 LF | 1.83 | 0.00 | 72.46 | 434.80 | (0.00) | 434.80 |
| 10b. Replace Hip / Ridge cap - composition shingles | 198.00 LF | 3.27 | 54.38 | 129.50 | 831.34 | (0.00) | 831.34 |
| 11. Dumpster load - Approx. 40 yards, 7-8 tons of debris | 1.00 EA | 702.16 | 0.00 | 140.44 | 842.60 | (0.00) | 842.60 |

Case 5:22-cv-00145-KDB-DSC     Document 1-1     Filed 10/14/22     Page 26 of 31

He

**Premier Claims Services**

CONTINUED - Dwelling Roof

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 12. Final cleaning - construction - Residential | 4,307.00 SF | 0.24 | 0.00 | 206.74 | 1,240.42 | (0.00) | 1,240.42 |

North Carolina in excess of $15.000.00
North Carolina General Statute 153A-357 Permits:
(a) The construction. reconstruction. alteration. repair. movement to another site. removal. or demolition of any building
(1) The installation. extension. or general repair of any plumbing system

without first securing from the inspection department with jurisdiction over the site of the work each permit required by the State Building Code and any other State or local law or local ordinance or regulation applicable to the work

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 13. Taxes, insurance, permits & fees (Bid Item) | 1.00 EA | 750.00 | 63.00 | 150.00 | 963.00 | (0.00) | 963.00 |

North Carolina in excess of $15.000.00
North Carolina General Statute 153A-357 Permits:
(a) The construction. reconstruction. alteration. repair. movement to another site. removal. or demolition of any building
(1) The installation. extension. or general repair of any plumbing system

without first securing from the inspection department with jurisdiction over the site of the work each permit required by the State Building Code and any other State or local law or local ordinance or regulation applicable to the work

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 14. Administrative/supervisor labor charge (Bid Item) | 8.00 HR | 80.00 | 53.76 | 128.00 | 821.76 | (0.00) | 821.76 |
| **Totals: Dwelling Roof** | | | 2,281.49 | 6,571.48 | 41,710.18 | 0.00 | 41,710.18 |

Fascia

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 15. Material Only Fascia - metal - 8'' | 39.00 LF | 3.75 | 12.29 | 29.26 | 187.80 | (0.00) | 187.80 |
| 16. Replace Soffit & Fascia - Labor Minimum | 1.00 EA | 500.00 | 42.00 | 100.00 | 642.00 | (0.00) | 642.00 |
| **Totals: Fascia** | | | 54.29 | 129.26 | 829.80 | 0.00 | 829.80 |
| **Line Item Totals: JAMES_HINSON** | | | 2,335.78 | 6,700.74 | 42,539.98 | 0.00 | 42,539.98 |

## Summary

| | |
|---|---:|
| Line Item Total | 33,503.46 |
| Overhead | 3,350.37 |
| Profit | 3,350.37 |
| Total Tax | 2,335.78 |
| **Replacement Cost Value** | **$42,539.98** |
| Less Deductible | (1,000.00) |
| **Net Claim** | **$41,539.98** |

Alyson Wells

## Recap by Room

**Estimate: JAMES_HINSON**

| | | |
|---|---|---|
| Dwelling Roof | 32,857.21 | 98.07% |
| Fascia | 646.25 | 1.93% |
| **Subtotal of Areas** | **33,503.46** | **100.00%** |
| **Total** | **33,503.46** | **100.00%** |

Case 5:22-cv-00145-KDB-DSC    Document 1-1    Filed 10/14/22    Page 29 of 31

## Recap by Category

| O&P Items | Total | % |
|---|---:|---:|
| CLEANING | 1,033.68 | 2.43% |
| GENERAL DEMOLITION | 4,663.02 | 10.96% |
| PERMITS AND FEES | 750.00 | 1.76% |
| LABOR ONLY | 640.00 | 1.50% |
| ROOFING | 25,770.51 | 60.58% |
| SOFFIT, FASCIA, & GUTTER | 646.25 | 1.52% |
| O&P Items Subtotal | 33,503.46 | 78.76% |
| Overhead | 3,350.37 | 7.88% |
| Profit | 3,350.37 | 7.88% |
| Total Tax | 2,335.78 | 5.49% |
| Total | 42,539.98 | 100.00% |

Your insured has hired a general contractor. In this event, it is necessary to include these additional monies to compensate a general contractor for performing the functions of scheduling, managing and coordinating the trades involved in the repair of this property. This may be due to your insured's lack of construction knowledge or available time. It is not appropriate to require a property owner to assume this unpaid work and time burden because of an insurance claim.
A factor of overhead and profit for individual trades is included in estimate line items however, there is no allowance for the general contractor to be compensated for their necessary work outside of GC O&P. This explanation can be found on the Xactware website at:
https://eservice.xactware.com/esc/pdf/overhead-and-profit-20110601.PDF

NC 2011


UNITED STATES
POSTAL SERVICE®

1020



43215

U.S. POSTAGE PAID
PM LG ENV
CORNELIUS, NC
28031
AUG 19 22
AMOUNT

**$8.40**

R2309Y155295-07



CERTIFIED MAIL

7022 0410 0002 6100 7842

Corporation Service Company
Attn: Deanne E. Schauseil
50 W. Broad St., Ste 1330
Columbus, OH 43215

*   482 N5E 1   422CZZ10/02/22
NOTIFY SENDER OF NEW ADDRESS
:CORPORATION SERVICE COMPANY
3366 RIVERSIDE DR STE 103
UPPER ARLNGTN OH 43221-1734

BC: 43221173428   0066N275201-00383